# Third District Court of Appeal

## State of Florida

Opinion filed March 31, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2445
Lower Tribunal No. 19-30567
_____


**Sunny Isles Property Venture, LLC, etc.,**
Appellant,

vs.

**The Tropicana Condominium Association, Inc.,**
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

The Law Office of Stephen James Binhak, P.L.L.C., and Stephen James Binhak; Kula & Associates, P.A. and Elliot B. Kula and W. Aaron Daniel and William D. Mueller, for appellant.

Waldman Barnett, P.L., and Glen H. Waldman and Eleanor T. Barnett, for appellee.


Before FERNANDEZ, LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed.